UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> JANET BOOT, BARBARA GRANT, CINDY MOFFETT, REMCEY JEUNENNE PEEPLES, MONIKA STARK, LATESHA THOMAS, and NICOLE ANN CINQUEMANO, <br><br> Plaintiff-Interveners, <br><br> v. <br><br> CRST VAN EXPEDITED, INC. <br><br> Defendant. | Case No. 1:07-cv-00095-LRR |

**DEFENDANT CRST VAN EXPEDITED, INC.'S EXHIBIT LIST FOR THE HEARING ON CRST VAN EXPEDITED, INC.'S MOTION FOR ORDER TO SHOW CAUSE**

Defendant CRST Van Expedited, Inc. ("CRST") submits its exhibit list below.[1] EEOC and CRST have agreed upon a Stipulation, which is being submitted to the Court in lieu of witness lists.

---

[1] CRST reserves the right to supplement, withdraw, or amend its exhibits based upon the Court's rulings on other pending motions or in response to any other ruling, event, or position asserted before or during the June 1, 2009 hearing on CRST's Motion for Order to Show Cause. CRST's list does not include those documents, if any, that may be offered into evidence exclusively for rebuttal. CRST reserves the right to use any document or any part of a document identified on the list as a demonstrative, in addition to other demonstrative materials, and any exhibit included on the exhibit list submitted by EEOC. CRST further reserves the right to use pleadings, discovery responses (including any deposition transcripts), and any other "court file" materials.

|   | **DESCRIPTION** | **OBJECTIONS** | **CATEGORY A, B, C** | **OFFERED** | **ADMIT/NOT ADMITTED (A)-(NA)** |
|---|---|---|---|---|---|
| A. | Law Bulletin Conference Materials | None | A | | |
| B. | Article "Hendrickson, Andersen Headline 2008 Employment Law Conference" | None | A | | |
| C. | September 27, 2007 EEOC Press Release: "Trucking Giant CRST Sued for Sexual Harassment of Female 'Team' Drivers" | None | A | | |
| D. | EEOC's Seventh Supplement to Initial Disclosures dated October 7, 2008 | None | A | | |
| E. | EEOC's Eighth Supplement to Initial Disclosures (redacted) dated October 15, 2008 | None | A | | |
| F. | EEOC's Ninth Supplement to Initial Disclosures dated October 15, 2008 | None | A | | |
| G. | EEOC's Tenth Supplement to Initial Disclosures (redacted) dated October 15, 2008 | None | A | | |
| H. | EEOC's Eleventh Supplement to Initial Disclosures dated October 15, 2008 | None | A | | |

Dated: May 29, 2009                               Respectfully submitted,

**CRST VAN EXPEDITED, INC.**

By:  s/John H. Mathias, Jr.
     One of its attorneys

Kevin J. Visser                                   John H. Mathias, Jr.
Thomas D. Wolle                                   Robert T. Markowski
Simmons, Perrine, Moyer & Bergman,                Sally K. Sears Coder
P.L.C.                                            Jenner & Block LLP
115 Third Street SE, Suite 1200                   330 N. Wabash Avenue
Cedar Rapids, IA 52401-1266                       Chicago, Illinois  60611
Telephone: (319) 366-7641                         312 222-9350

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2009, I caused a true and correct copy of the foregoing DEFENDANT CRST VAN EXPEDITED, INC.'S EXHIBIT LIST FOR THE HEARING ON CRST VAN EXPEDITED, INC.'S MOTION FOR ORDER TO SHOW CAUSE  to be served via electronic mail upon the following:

Jean P. Kamp
Equal Employment Opportunity Commission
Chicago District Office
500 W. Madison Street
Suite 2000
Chicago, Illinois  60661
Jean.Kamp@eeoc.gov

Ann Henry
Equal Employment Opportunity Commission
500 West Madison Street
Suite 2000
Chicago, Illinois  60661
Ann.Henry@EEOC.gov

Brian C. Tyndall, Esq.
Equal Employment Opportunity Commission
Milwaukee Area Office
310 West Wisconsin Avenue- Suite 800
Milwaukee, WI  53203
brian.tyndall@eeoc.gov

Nicholas J. Pladson
Equal Employment Opportunity Commission
330 Second Avenue South
Suite 430
Minneapolis, Minnesota  55401
nicholas.pladson@eeoc.gov

Jeanne Szromba
Equal Employment Opportunity Commission
500 West Madison Street
Suite 2000
Chicago, Illinois  60661
Jeanne.Szromba@EEOC.GOV

Jeffrey R. Tronvold
Matthew James Reilly
Eells & Tronvold
1921 51st Street NE
Cedar Rapids, Iowa  52402
jeff@eells-tronvold.com
matt@eells-tronvold.com

                                                 s/ John H. Mathias, Jr.
                                                     One of its Attorneys