UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| BARBARA GRANT, CINDY MOFFETT, LATESHA THOMAS, and NICOLE ANN CINQUEMANO, | ) ) ) ) | **Case No. 1:07-cv-00095-LRR** |
| Plaintiff-Interveners, | ) ) ) | |
| v. | ) ) | |
| CRST VAN EXPEDITED, INC., | ) ) | |
| Defendant. | ) ) ) | |

## <u>AMENDED ALLEGEDLY AGGRIEVED PERSONS CHART</u>

EEOC is the source of the information in all columns except "CRST's comments."

## <u>Key to EEOC Comments:</u>

1.    EEOC was aware of this woman's allegations at the time of the Determination (July 12, 2007).  Had CRST not ended conciliation, EEOC would have sought relief for her.

2.    EEOC was not aware of this woman's allegations of sex harassment at the time of the Determination (July 12, 2007).  Had CRST not ended conciliation, EEOC would have negotiated with CRST a process for identifying, locating, and assessing the relief she would receive in connection with a conciliated resolution of the class-wide reasonable cause determination.  As of the date of failure of conciliation (August 28, 2007), CRST had created an investigation file regarding her allegations.

3.    EEOC was not aware of this woman's allegations of sex harassment at the time of the Determination (July 12, 2007).  Had CRST not ended conciliation, EEOC would have negotiated with CRST a process for identifying, locating, and assessing the relief she would receive in connection with

a conciliated resolution of the class-wide reasonable cause determination.

      4.      This woman had not been harassed at the time of the Determination (July 12, 2007).

Had CRST not ended conciliation, EEOC's conciliation efforts might have prevented her harassment.

      5.      This woman had not been harassed at the time of the Determination (July 12, 2007).

Had CRST not ended conciliation, EEOC's conciliation efforts might have prevented her harassment.

Investigation of her charge, filed after the date of the Determination, has been stayed by agreement of

the parties pending the outcome of this lawsuit.

      **      In the "Dates complainant drove with alleged harasser" column, EEOC has provided the

dates that the remaining allegedly aggrieved individuals drove with their alleged harasser(s) according

to the "Trip Inquiry Reports" produced by CRST.  The dates harassment is alleged to have occurred are

within the ranges provided.  Where an allegedly aggrieved individual alleges harassment by more than

one person, the specific range the individual drove with each alleged harasser is provided.  If the Court

prefers that the parties attempt to provide more precise dates for when a woman claims the harassment

took place within these periods for some or all the remaining allegedly aggrieved individuals, the

parties will endeavor to provide the Court with additional information based on the undisputed

summary judgment record and/or the discovery record.

**<u>Key to CRST's Comments:</u>**

      1.      EEOC admits that there was no independent investigation of this driver's claims prior to

litigation, no independent reasonable cause determination at any time, and no offer of conciliation

regarding her independent claims.  CRST's comment 1 applies to all allegedly aggrieved drivers listed

on the amended chart.  EEOC's statements in its comments 1-5 about what it would have done or what

would have occurred are speculative.  EEOC's use of the term "class-wide" in its comments 2 and 3 is

improper because EEOC failed to establish the existence of a "class."

      2.      CRST inquired after the litigation was filed about EEOC's position regarding pending

charges. EEOC advised CRST that "the pending charges should be left open" but that "no attention needs to be given to them by [EEOC] enforcement staff, and that the process can be suspended." (CRST's Mot. for Order to Show Cause, Doc. No. 222-5, Ex. 3 (Mar. 4, 2008 e-mail from B. Tyndall to R. Markowski).)

3.      Before the litigation was filed, EEOC made a determination with respect to this driver's claim that "it is unable to conclude that the information obtained establishes a violation of the statutes."

4.      EEOC has admitted that this driver did not meet the severe or pervasive standard applicable to individual claims in the absence of a pattern or practice of harassment.

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 1. | Alleva, Kierston | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1  Disclosed by EEOC on 9/11/08. | 8/20/07-9/18/07 |
| 2. | Ball, Tracy | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1  Disclosed by EEOC on 10/15/08. | 3/8/08-3/12/08 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 3. | Barager, Stacy | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 2/27/08. | 7/19/07 |
| 4. | Barlow, Pamela | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/15/08. | 4/20/08-4/25/08 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 5. | Bedford, Belinda | 11/26/07 | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 5 Individual charge dismissed 12/27/07 | 1, 2 EEOC dismissed individual charge on 12/27/07. After the litigation was filed, EEOC made a determination with respect to this driver's claim that "it is unable to conclude that the information obtained establishes a violation of the statutes." Disclosed by EEOC on 9/26/08. | 7/22/07-8/1/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 6. | Bender, Mary | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 7/25/08. | 7/11/07-7/27/07 |
| 7. | Bingaman, Lillie | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/15/08. | 9/14/07-9/28/07 with Steele 9/10/07-9/14/07 & 10/13/07-10/20/07 with Dale |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 8. | Blake, Peggy | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/15/08. | 8/10/08-8/14/08 |
| 9. | Blauvelt, Amber | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 9/26/08. | 8/27/05-9/24/05 with Gum 9/24/05-10/1/05 with Barrows |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser [**] |
|---|---|---|---|---|---|---|---|---|
| 10. | Brown-Lenzer, Adda | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 8/13/08. | 10/23/06-11/7/06 |
| 11. | Carey, Deborah | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 9/11/08. | 3/5/07-4/18/07 & 11/2/07-11/22/07 with Thompson 5/28/07-5/29/07 with Washington 8/21/07-9/5/07 with Whitfield 9/19/07-10/3/07 with Green |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 12. | Carney, Kelli | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 10/15/08. | 1/25/05-2/16/05 |
| 13. | Chester, Diana | 9/26/07 | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 5 | 1, 2 Disclosed by EEOC on 2/27/08. | 5/13/07-5/20/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 14. | Daniels, Margaret | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 9/11/08. | 1/19/07-1/26/07 with Eldridge 3/5/07-3/12/07 with Jones |
| 15. | Deese, Darleaner | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 10/15/08. | 3/29/07-4/4/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 16. | Dickson, Donna | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 7/11/08. | 7/8/07-7/11/07 |
| 17. | Dixon, Barbara | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/7/08. | 10/5/07-10/12/07 & 10/18/07-10/22/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 18. | Edwards, Nicole | 10/05/07 | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 Individual charge still pending; investigation stayed per agreement | 1, 2 Disclosed by EEOC on 2/27/08. | 7/29/05-8/27/05, 9/6/05-9/28/05, 10/6/05-10/20/05 |
| 19. | Fisk, Cynthia | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/15/08. | 11/8/07-11/17/07 with Booze  11/18/07 & 11/30/07-12/18/07 with Allen |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 20. | Fitch, Robryna | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/15/08. | 2/28/08-3/13/08 with Montiel  3/24/08-5/16/08 with Thompson  6/16/08-7/27/08 with McClure  Fitch also alleges that Alvin Hoggard harassed her between 5/08-8/08 and that Thompson harassed her in 8/08 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 21. | Fortner, Yvonne | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 10/15/08. | 6/12/07-6/23/07 |
| 22. | Foster, Marie | 12/01/06 (Charge did not include sex harass-ment allega-tions) | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 Individual charge dismissed on 4/3/07 | 1, 3 EEOC dismissed individual charge on 4/3/07. Disclosed by EEOC on 4/18/08. | 7/21/06-7/26/06 with Casteel 7/26/06-8/4/06 with Mahomes 10/28/06-11/13/06 with Holt |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 23. | Grant, Barbara | 11/14/07 | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 Individual charge still pending; investigation stayed per agreement | 1, 2 Disclosed by EEOC on 2/27/08. | 6/17/07-6/27/07 |
| 24. | Grant, Zelestine | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 9/11/08. | 11/2/07-11/9/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 25. | Griffin, Martha | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 10/15/08. | 6/11/05-6/17/05 |
| 26. | Halley, Sherri | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 10/15/08. | 8/26/07-8/27/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 27. | Hasbell, Wanda | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1  Disclosed by EEOC on 9/26/08. | 5/7/05-5/16/05 |
| 28. | Heckman, Catherine | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1  Disclosed by EEOC on 10/15/08. | 4/23/08-4/30/08 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 29. | High, Victoria | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 10/15/08. | 5/5/07-5/7/05 |
| 30. | Hunsucker, Carolyn | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 10/15/08. | 6/7/07-6/13/07 |

19

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser [**] |
|---|---|---|---|---|---|---|---|---|
| 31. | Hutton, Lola | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 4/18/08. | 2/14/05-5/26/05 |
| 32. | Jackson, Sheila | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 9/26/08. | 6/24/07-7/6/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 33. | Jackson, Tequila | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 10/15/08. | 8/4/05-8/8/05 |
| 34. | Johnson, Diona | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 9/26/08. | 6/15/07-7/25/07 with Dorsey 8/7/07-8/26/07 with Johnson |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 35. | Lesmeister, Angela | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 7/25/08. | 11/17/05-11/23/05 with Stansell 11/23/05-12/1/05 with Lopez |
| 36. | Medley, Tessa (f/k/a Duncan) | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 10/15/08. | 2/9/06-2/12/06 |

eeoc

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 37. | Merritt, Patricia | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 10/15/08. | 9/15/05-9/30/05 |
| 38. | Moffett, Cindy | 11/1/07 | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 5 | 1, 2 Disclosed by EEOC on 2/27/08. | 4/23/07-5/13/07 & 5/20/07-6/7/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 39. | Montoya, Valerie | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 10/15/08. | 4/19/05-4/25/05 |
| 40. | Moorer, Debra | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/15/08. | 1/19/08-2/1/08 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 41. | Mora, Veronica | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 3/2/09. | 8/6/08-8/23/08 with Blue 8/27/08-9/12/08 with McNair |
| 42. | Noernberg, Julie | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 10/15/08. | 2/26/05-3/11/05 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 43. | O'dell, Bobbi | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/15/08. | 12/20/07-12/28/07 |
| 44. | Owens, Anya | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 10/15/08. | 6/29/07-8/11/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 45. | Peterson, Kathleen | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/15/08. | 8/19/07-10/1/07 |
| 46. | Petitt, Carole | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/15/08. | 12/4/07-12/15/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 47. | Rice, Margaret | 11/27/07 | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 5 | 1, 2  Disclosed by EEOC on 2/27/08. | 2/22/07-2/28/07 |
| 48. | Ross, Shalitha | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1  Disclosed by EEOC on 10/15/08. | 10/1/05-10/3/05 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 49. | Roundtree, Denise | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 8/13/08. | 8/15/07-9/13/07 |
| 50. | Schuder, Mechelle (Leslie) | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/15/08. | 12/12/06-12/20/06 with Harrell\n\n12/29/06-1/3/07 with Clark\n\n4/10/07-4/16/07 with Hodson\n\n4/24/07-5/15/07 with Saunders |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 51. | Scott, Jammie | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1<br><br>Disclosed by EEOC on 10/15/08. | 4/27/05-5/1/05 |
| 52. | Shaw, Cathy | 09/11/06 | 12/1/05-7/12/07 (Dates of Starke Investigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 1<br>Individual charge still pending; investigation stayed per agreement of parties | 1, 2<br><br>Disclosed by EEOC on 2/27/08. | 2/23/06-3/2/06 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 53. | Smith, Annette | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 8/13/08. | 3/8/07-3/21/07 with Clingerman 4/21/07-4/25/07 with Washington |
| 54. | South, Gloria | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 7/25/08. | 8/25/06-9/6/06 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 55. | Thomas, Latesha | 06/14/07 (ICRC charge) | 12/1/05-7/12/07 (Dates of Starke Investigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 1 Individual charge dismissed by ICRC on 8/22/07, reopened by ICRC on 11/30/07, transferred to EEOC on 2/4/08; investigation stayed per agreement of parties | 1, 2 EEOC dismissed individual charge on 9/24/07, reopened on 11/30/07 at request Thomas' private counsel. Disclosed by EEOC on 2/27/08. | 11/26/06-12/14/06 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser [**] |
|---|---|---|---|---|---|---|---|---|
| 56. | Tiberio, Doris | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 9/11/08. | 5/11/07-6/7/07 with Heeney 8/31/07-9/26/07 with Kostner |
| 57. | Toppin, Joyce | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 10/7/08. | 4/19/07-5/1/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 58. | Traylor, Tracye | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1  Disclosed by EEOC on 10/15/08. | 8/3/06-8/8/06 |
| 59. | Tuttle, Tracy | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1  Disclosed by EEOC on 4/18/08. | 4/24/06-5/17/06 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 60. | Villarreal, Ramona | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 7/25/08. | 8/5/05-8/25/05 with Dejong  8/26/05-9/8/05 with Booth |
| 61. | Waisr, Rebecca | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 9/26/08. | 9/22/07-10/7/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 62. | Wallace, Barbara | None | 12/1/05-7/12/07 (Dates of Starke Investigation) no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 10/15/08. | 4/6/05-4/16/05 |
| 63. | Warden Thompson, Tiani | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 2 | 1 Disclosed by EEOC on 2/27/08. | 3/3/07-3/10/07 |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser** |
|---|---|---|---|---|---|---|---|---|
| 64. | Watson, Kimberly | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 9/26/08. | 9/1/07-9/25/07 with Crockett 10/8/07-10/14/07 with Petty 3/15/08-3/20/08 with Lombard |
| 65. | Wellman, Rhonda | None | N/A | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 4 | 1 Disclosed by EEOC on 10/15/08. | 12/11/07-12/16/07 with Frelix 12/26/07-1/20/08 with Brewster Buckley 1/21/08-2/6/08 with Flowers |

| No. | Allegedly Aggrieved Person | Date of EEOC Charge | Date(s) EEOC investigated allegation(s) of sexual harassment | Date(s) of reasonable cause determination | Date(s) of conciliation or attempted conciliation | EEOC's comments | CRST's comments | Dates complainant drove with alleged harasser[**] |
|---|---|---|---|---|---|---|---|---|
| 66. | Wilson, Tameisha | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 10/15/08. | 2/2/07-3/10/07 |
| 67. | Wright-Hoffman, Pamela | None | 12/1/05-7/12/07 (Dates of Starke Investigation; no separate investigation of this woman's individual claim of sex harassment prior to litigation) | 7/12/07 (Date of Starke/class Determination; no separate Reasonable Cause Determination) | 7/12/07-8/28/07 (Dates of Starke/class conciliation efforts; no separate conciliation of this woman's individual claim of sex harassment) | 3 | 1 Disclosed by EEOC on 9/26/08. | 6/14/06-7/12/06 |

*** Please list allegedly aggrieved persons in alphabetical order by surname.