**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| JANET BOOT, BARBARA GRANT, CINDY MOFFETT, REMCEY JEUNENNE PEEPLES, MONIKA STARKE, LATESHA THOMAS, and NICOLE ANN CINQUEMANO, | ) ) ) ) ) ) |
| Plaintiffs/Interveners, | ) ) |
| v. | ) ) |
| CRST VAN EXPEDITED, INC., | ) ) |
| Defendant. | ) |

Case No. 1:07-cv-95

**CRST VAN EXPEDITED, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 42 U.S.C. § 2000e-5(k)**

Pursuant to 42 U.S.C. § 2000e-5(k) and the Court's August 13, 2009 Order (Doc. No. 263), CRST Van Expedited, Inc. ("CRST") respectfully moves this Court for an order awarding CRST reimbursement from Equal Employment Opportunity Commission ("EEOC") for the attorneys' fees, expenses, and costs CRST has incurred in almost two years of intensive litigation. In support of its Motion, CRST states:

1.  On August 13, 2009, this Court granted CRST's Order to Show Cause (Doc. No. 233) declaring CRST a "prevailing party" as to EEOC, and eligible for attorneys' fees pursuant to 42 U.S.C. § 2000e-5(k). (Doc. No. 263) On October 1, 2009, this Court entered final judgment and dismissed the case in favor of CRST. (Doc. No. 279) The Court's August 13, 2009 Order stated that CRST may file an application for attorneys' fees from EEOC.

2. Pursuant to 2000e-5(k), this Court has the power to award a prevailing defendant its attorneys' fees and costs in a civil rights action, even if not brought in bad faith, if the plaintiff's claim was frivolous, unreasonable, vexatious or groundless *ab inito*, or if the plaintiff continued to litigate after the claim clearly became so. *Christiansburg Garment Co. v. EEOC*, 434 U.S. 412, 422 (1978). This is such a case.

3. CRST respectfully submits herewith its Petition in Support of its Motion for Attorneys' Fees and Costs Pursuant to 42 U.S.C. § 2000e-5(k) detailing the arguments supporting the award of attorneys' fees and costs in this case, and the reasonableness of the request.

WHEREFORE, for the reasons set forth herein and in CRST's accompanying Petition in support of this motion and the attachments thereto, which are incorporated herein by reference, CRST respectfully requests that this Court enter an order awarding CRST reimbursement from EEOC for the attorneys' fees, expenses, and costs CRST has incurred in this litigation.

Dated: October 30, 2009               Respectfully submitted,

                                      **CRST VAN EXPEDITED, INC.**

                                      By:  s/John H. Mathias, Jr.
                                           One of its attorneys

Kevin J. Visser                       John H. Mathias, Jr.
Thomas D. Wolle                       Robert T. Markowski
Simmons, Perrine, Moyer &             Sally K. Sears Coder
   Bergman, P.L.C.                    Jenner & Block LLP
115 Third Street SE, Suite 1200       353 N. Clark Street
Cedar Rapids, IA  52401-1266          Chicago, Illinois  60654-3456
319-366-1917                          312-222-9350

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2009, I electronically filed the foregoing **CRST Van Expedited, Inc.'s Motion for Fees and Costs Pursuant to 42 U.S.C. § 2000e-5(k)** with the Clerk of the United States District Court, Northern District of Iowa, Cedar Rapids Division, using the ECF system, which will send notification of such filing to:

Brian C. Tyndall, Esq.
Equal Employment Opportunity Commission
Milwaukee Area Office
310 West Wisconsin Avenue- Suite 800
Milwaukee, WI  53203
brian.tyndall@eeoc.gov

Jeffrey R. Tronvold
Matthew James Reilly
Eells & Tronvold
1921 51st Street NE
Cedar Rapids, Iowa  52402
jeff@eells-tronvold.com
matt@eells-tronvold.com

Nicholas J. Pladson
Equal Employment Opportunity Commission
330 Second Avenue South, Suite 430
Minneapolis, Minnesota  55401
nicholas.pladson@eeoc.gov

Ann Henry
Equal Employment Opportunity Commission
500 West Madison Street, Suite 2000
Chicago, Illinois  60661
Ann.Henry@EEOC.gov

Jean P. Kamp
Equal Employment Opportunity Commission
Chicago District Office
500 W. Madison Street, Suite 2000
Chicago, Illinois  60661
Jean.Kamp@eeoc.gov

Jeanne Szromba
Equal Employment Opportunity Commission
500 West Madison Street, Suite 2000
Chicago, Illinois  60661
Jeanne.Szromba@EEOC.GOV

        s/John H. Mathias, Jr.
        One of Defendant's Attorneys