UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:07-cv-95 |
| v. | ) ) |
| CRST VAN EXPEDITED, INC., | ) **NOTICE OF WITHDRAWAL OF** ) **CLAIM FOR TILLIE JONES** ) |
| Defendants. | ) ) ) |

Plaintiff Equal Employment Opportunity Commission ("EEOC") hereby submits notice to the Court that it has withdrawn its claim on behalf of claimant Tillie Jones in the present action against Defendant CRST Van Expedited, Inc. ("CRST").

On May 8, 2012, pursuant to a ruling by the Eighth Circuit Court of Appeals, the EEOC's claims on behalf of Monika Starke and Tillie Jones were revived and returned to this Court for disposition. The EEOC acknowledges, however, that the law of the case, specifically this Court's order of August 13, 2009 [ECF Docket No. 263], bars its claim on behalf of Tillie Jones.

Dated: October 11, 2012        s/Nicholas J. Pladson
NICHOLAS J. PLADSON
Trial Attorney
Minnesota Bar No. 388148
Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Avenue South, Suite 720
Minneapolis, Minnesota 55401
(612) 335-4047
(612) 335-4044 (fax)
nicholas.pladson@eeoc.gov