IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | No. 1:07-cv-95-LRR |
| Plaintiff, | JUDGMENT |
| vs. | |
| CRST VAN EXPEDITED, INC., | |
| Defendant. | |

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Order (doc. 380) filed on February 11, 2013:

Judgment is entered in accordance with the attached.

Approved as to form by

_[signature]_
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Dated February 11, 2013

ROBERT L. PHELPS
CLERK

_[signature]_
Deputy Clerk