_____

No: 13-3159

_____

Equal Employment Opportunity Commission

Plaintiff - Appellant

v.

CRST Van Expedited, Inc.

Defendant - Appellee

---

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:07-cv-00095-LRR)

---

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

December 22, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans